**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seantain Cook, ) | No. CV05-1236-PHX-MHM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Department of Health Services, et al, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Currently before the Court is Plaintiff's Motion to extend time period for service of process (Dkt.#16) and Motion to grant leave to make copies without prepayment of fees (Dkt. #17). After reviewing the papers, the Court issues the following Order.

**I.      Background**

On April 25, 2005, Plaintiff filed the present civil rights action. On August 8, 2005, the Court granted Plaintiff's request to proceed *in forma pauperis*. (Dkt. #4). After several instances in which mail was returned to the Court as undeliverable, the Court held a status hearing on November 8, 2005. The Court directed Plaintiff to submit a new application to proceed *in forma pauperis* as well as granted Plaintiff a 30 day extension to accomplish service of process which would be due no later than January 5, 2005. (Dkt.#13). On November 15, 2005, the Court granted Plaintiff's request to proceed *in forma pauperis* without prepayment of costs and fees and directed the United States Marshal to execute service. (Dkt.#15). The service packet was sent to Plaintiff on November 18, 2005. On

1  January 3, 2005, the Court received Plaintiff's Motion for another 30 day extension of time
2  to effectuate service. (Dkt.#16). Additionally, on January 11, 2006, Plaintiff filed his
3  Motion requesting the Court to order the Clerk's Office to make 18 copies of the Complaint
4  filed in this matter to assist in the completion of service of process. (Dkt.#17).

5  **II.      Analysis**

6  **A.      Motion For Extension Of Time Regarding Service of Process. (Dkt. #16).**

7  The Court will permit Plaintiff an additional 30 days from the date of this Order to
8  complete service of process upon the Defendants in this matter. The Court is cognizant of
9  the fact that it has already permitted one such extension. As such, absent compelling
10 circumstances, the Court deems this to be the final extension in which to perfect service.
11 Plaintiff should take notice that if he fails to timely comply with this Order, or any order
12 entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal
13 Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992)
14 (district court may dismiss action for failure to comply with any order of the Court).

15 **B.      Motion For Leave To Make Copies Without Prepayment. (Dkt.#17).**

16 "The Supreme Court has declared that 'the expenditure of public funds [on behalf of
17 an indigent litigant] is proper only when authorized by Congress . . . .'" Tedder v. Odel, 890
18 F.2d 210, 211-12 (9th Cir. 1989) (quoting United States v. MacCollom, 426 U.S. 317, 321
19 (1976). The *in forma pauperis* statute, 28 U.S.C. § 1915, authorizes the Court to pay for
20 service of process on behalf of an indigent litigant and, in certain cases, to pay the costs of
21 printing the record on appeal and preparing a transcript of proceedings, but the statute does
22 not authorize the Court to pay the costs for an indigent litigant's general copy requests. Cf.
23 Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993) (§ 1915 does not authorize the district
24 courts to waive payment of fees or expenses for witnesses); Tedder, 890 F.2d at 211-12
25 (same). Thus, Plaintiff's request that the Court direct the Clerk of the Court to make
26 additional copies without prepayment is denied.

27       Accordingly,

28

1 **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend the Time Period for
2 Service of Process is Granted.  Plaintiff will have 30 days from the date of this Order to
3 complete service. (Dkt.#16).
4     **IT IS FURTHER ORDERED** that Plaintiff's Motion Requesting the Court to order
5 the Clerk of the Court to make copies without prepayment of fees is denied.  (Dkt.#17).
6     DATED this 12th day of January, 2006.

                                Mary H. Murguia
                                United States District Judge